NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHYLLIS E. TAIT, <br><br> Appellant, <br><br> v. <br><br> BANK OF NEW YORK MELLON, <br><br> Appellee. | Civil Action No.: 16-3472 (JLL) <br><br> **ORDER DISMISSING APPEAL** |

**LINARES**, District Judge.

Appellant Phyllis E. Tait filed a *Pro se* appeal from a ruling of the Bankruptcy Court on June 15, 2016. (ECF No. 1). Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellant had 14 days from the filing of her Notice of Appeal to file a designation of items to be included in the record on appeal and a statement of the issues to be presented. To date, Appellant has not timely filed the required designation. Accordingly,

IT IS on this ___ day of September, 2016

**ORDERED** that the Notice of Appeal in this matter be and the same is hereby DISMISSED under Federal Rule of Bankruptcy Procedure 8003 for failure to comply with Federal Rule of Bankruptcy Procedure 8009.

IT IS SO ORDERED.

JOSE L. LINARES, U.S.D.J.