**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Rosemary Gambardella, U.S. Bankruptcy Judge

| **CASE NUMBER:** 16−11782−RG | **DATE FILED::** 1/29/16 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):** Phyliss E Tait aka Phyliss Tait xxx−xx−4785 | **ADDRESS OF DEBTOR(S):** 17 Elmwood Dr Livingston, NJ 07039 |
| **DEBTOR'S ATTORNEY:** Phyliss E Tait 17 Elmwood Dr Livingston, NJ 07039 | **TRUSTEE:** Nancy Isaacson Greenbaum, Rowe, Smith & Davis LLP 75 Livingston Ave Suite 301 Roseland, NJ 07068−3701 (973) 535−1600 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

7/28/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: May 2, 2017                              FOR THE COURT
                                                Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 16-11782-RG
Phyliss E Tait                                               Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin               Page 1 of 2          Date Rcvd: May 02, 2017
                             Form ID: noa              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
db         +Phyliss E Tait,    17 Elmwood Dr,    Livingston, NJ 07039-2204
516001134  +ACS Wells Fargo,    501 Bleecker St,    Utica, NY 13501-2401
515977368  +American Express,    PO Box 1275,    Newark, NJ 07101-1275
516001135  +Bank of New York Mellon,    Trustee Kevin Heine,    1 Wall Street,    New York, NY 10286-0001
516001145   Cache, NJ,    4340 S Monroe St,    Denver, CO 80237
516001133  +College Foundation,    2917 Highwood Blvd,    Raleigh, NC 27604-1004
516001131   First Horizon Home Loan,    400 Horizon Way,    Irving, Texas   75063
516001147   Hidden Springs Condo,    715 Savoly Ct,    Altamonte Springs, Fl 32714
516173610  +Mary Beth Sierra, Esq.,    Coulter & Sierra, LLC,    2800 Century Parkway,   Ste 275,
             Atlanta, GA 30345-3144
516001142  +Midland Mortgage,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
516001132  +Nationstar Mortgage,    8950 Cypress Water,    Coppell, TX 75019-4620
516001143  #+Robert Rochlin,    16606 SeDonna De Avila,    Tampa, FL 33613-5230
516001144  +Sears Roebuck,    3711 Kennet Pike,    Greenville, DE 19807-2156
516001148  +Summit Village Condo Assoc,    201 Esplanade Way,    Casselberry, FL 32707-6875
516001149  +Tegra Watkins,    Watkins, LLC,    3951 Snapfinger Pkway #555,    Decantur, GA 30035-3295
516001136  +Texas Guarantee,    PO BOX 83100,    Round Rock, TX 78683-3100
516173609  +The Peachtree Resident,    Court Owners Assoc.,    2626 Peachtree Rd. NW,
             Atlanta, GA 30305-5616
516001138   US Dept of Ed,    Iowa City, IA   52244
516001139   West America Mortgage,    7400 E. Orchard Rd,    Greenwood, CO    82111
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 02 2017 22:30:34      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2017 22:30:30       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516001141     +EDI: AMEREXPR.COM May 02 2017 22:08:00      Ameican Express,    PO BOX 297871,
                Ft. Lauderdale, FL 33329-7871
516192625      EDI: BECKLEE.COM May 02 2017 22:08:00      American Express Centurion Bank,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516001140     +EDI: CAPITALONE.COM May 02 2017 22:08:00      Capital One,    PO BOX 71083,
                Charlotte, NC 28272-1083
516001146     +E-mail/Text: jade.ramos@seminolecounty.tax May 02 2017 22:30:19       Seminole County Tax,
                1101 E 1st St,    Sanford, FL 32771-1468
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516001137      John Doe - Trust,    unknown
cr*            American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern, PA  19355-0701
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 02, 2017
                              Form ID: noa             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2017 at the address(es) listed below:

        Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA8 cwohlrab@logs.com, njbankruptcynotifications@logs.com

        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA8 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Nancy  Isaacson    nisaacson@greenbaumlaw.com, admin@remote7solutions.com;J101@ecfcbis.com

        TOTAL: 6