UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Phyliss E Tait

Case No.: 16-11782

Chapter: 7

Judge: RG

### NOTICE OF PROPOSED ABANDONMENT

___Nancy Isaacson___, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable ___Rosemary Gambardella___ on ___September 24, 2019___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___3E___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
2626 Peachtree #1706
Atlanta, GA
Livingston, NJ
Value : $153,000.00

Liens on property:
The Bank of NY Mellon
$145,390.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name:  Nancy Isaacson
Address:  75 Livingston Avenue, Suite 301, Roseland, NJ  07068-3701
Telephone No.:  (973) 535-1600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-11782-RG
Phyliss E Tait                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Aug 22, 2019
                              Form ID: pdf905          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
```
db          +Phyliss E Tait,    17 Elmwood Dr,    Livingston, NJ 07039-2204
cr          +Rushmore Loan Management Services, as servicer for,    15480 Laguna Canyon Road,    Suite 100,
              Irvine, CA 92618-2132
516001134   +ACS Wells Fargo,    501 Bleecker St,    Utica, NY 13501-2401
516001141   +Ameican Express,    PO BOX 297871,    Ft. Lauderdale, FL 33329-7871
515977368   +American Express,    PO Box 1275,    Newark, NJ 07101-1275
516192625    American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA 19355-0701
516001135   +Bank of New York Mellon,    Trustee Kevin Heine,    1 Wall Street,    New York, NY 10286-0001
516001145    Cache, NJ,    4340 S Monroe St,    Denver, CO  80237
516001133   +College Foundation,    2917 Highwood Blvd,    Raleigh, NC 27604-1004
516001131    First Horizon Home Loan,    400 Horizon Way,    Irving, Texas  75063
516001147    Hidden Springs Condo,    715 Savoly Ct,    Altamonte Springs, Fl 32714
516173610   +Mary Beth Sierra, Esq.,    Coulter & Sierra, LLC,    2800 Century Parkway,    Ste 275,
              Atlanta, GA 30345-3144
516001142   +Midland Mortgage,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
516001132   +Nationstar Mortgage,    8950 Cypress Water,    Coppell, TX 75019-4620
516881675   +Peachtree Residence Unit Owners Assoc., Inc.,    G. Lanier Coulter, Jr.,
              2800 Century Parkway, Suite 275,    Atlanta, GA 30345-3144
517922949   ++++RUSHMORE LOAN MANAGEMENT SERVICES, LLC,    GROSS POLOWY, LLC.,    2500 PLAZA FIVE STE 2548,
              JERSEY CITY NJ  07311-4026
              (address filed with court:   Rushmore Loan Management Services, LLC,    Gross Polowy, LLC.,
              2500 Plaza 5, Suite 2548,    Jersey City, NJ 07311)
516001144   +Sears Roebuck,    3711 Kennet Pike,    Greenville, DE 19807-2156
516001148   +Summit Village Condo Assoc,    201 Esplanade Way,    Casselberry, FL 32707-6875
516001149   +Tegra Watkins,    Watkins, LLC,    3951 Snapfinger Pkway #555,    Decantur, GA 30035-3295
516001136   +Texas Guarantee,    PO BOX 83100,    Round Rock, TX 78683-3100
516173609   +The Peachtree Resident,    Court Owners Assoc.,    2626 Peachtree Rd. NW,
              Atlanta, GA 30305-5616
516001138    US Dept of Ed,    Iowa City, IA  52244
516001139    West America Mortgage,    7400 E. Orchard Rd,    Greenwood, CO   82111
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          +E-mail/Text: bankruptcy@luederlaw.com Aug 23 2019 00:24:57      Daniel E Melchi,
              Lueder, Larkin & Hunter, LLC,    5900 Windward Parkway, Suite 390,    Alpharetta, GA 30005-5479
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 23 2019 00:24:14      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 23 2019 00:24:12      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516967652     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2019 00:38:56
              CACH, LLC C/O Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
516001140    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 23 2019 00:26:38      Capital One,
              PO BOX 71083,    Charlotte, NC 28272-1083
516001146    +E-mail/Text: kelly.rose@seminolecounty.tax Aug 23 2019 00:24:04      Seminole County Tax,
              1101 E 1st St,    Sanford, FL 32771-1468
517552088    +E-mail/Text: bankruptcy@luederlaw.com Aug 23 2019 00:24:57
              The Peachtree Residences Unit Owners' Association,,    c/o Lueder, Larkin & Hunter, LLC,
              5900 Windward Parkway, Suite 390,    Alpharetta, GA 30005-5479
516915911    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2019 00:39:21      Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516001137      John Doe - Trust,    unknown
cr*           American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern, PA 19355-0701
516001143    ##+Robert Rochlin,    16606 SeDonna De Avila,    Tampa, FL 33613-5230
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Aug 22, 2019
                              Form ID: pdf905            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA8
               cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA8
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    Rushmore Loan Management Services, LLC
               ecfnotices@grosspolowy.com,    lnolan@grosspolowy.com
              Nancy Isaacson     nisaacson@greenbaumlaw.com,    isaacson@remote7solutions.com;J101@ecfcbis.com
              Robert P. Saltzman    on behalf of Creditor    Rushmore Loan Management Services, as servicer for
               U.S. Bank National Association, not in its individual capacity but solely as trustee for the
               RMAC Trust, Series 2016-CTT dnj@pbslaw.org
                                                                                             TOTAL: 8
```